*E-Filed 6/16/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB NAVARRO, | No. C 10-2890 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN WAYNE HAVILAND, | |
| Respondent. | |

This closed federal habeas action was filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The petition was dismissed because it contained only unexhausted claims. Presently before the Court are petitioner's motion to reopen and stay the petition pending exhaustion (Docket No. 10), and his motion to proceed *in forma pauperis* (Docket No. 11). Petitioner's motion to reopen and stay the petition is DENIED because he has not shown that he has exhausted any of his claims. His motion to proceed *in forma pauperis* is DENIED as moot because the Court granted a previous IFP application. The Clerk shall terminate Docket Nos. 10 & 11.

**IT IS SO ORDERED**.

DATED: June 16, 2011

                                                                             RICHARD SEEBORG
                                                                             United States District Judge

No. C 10-2890 RS (PR)
ORDER DENYING POST-JUDGMENT MOTIONS